[No. 15389-1-II.  Division Two.  September 25, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
THOMAS HORNER III, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 91-2-01891-7, Richard A. Strophy, J., entered September 19, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, C.J., and Alexander, J.

[No. 27292-6-I.  Division One.  September 28, 1992.]

RONALD G. REDFORD, *Appellant*, v. THE CITY
OF MUKILTEO, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 88-2-00611-1, Richard J. Thorpe, J., entered December 14, 1990. *Affirmed* by unpublished opinion per Grosse, C.J., concurred in by Baker and Kennedy, JJ.

[No. 25835-4-I.  Division One.  September 28, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. ADLAI
CHARLES MILLANTE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-06155-1, Sharon S. Armstrong, J., entered February 26, 1990. *Affirmed* by unpublished opinion per Grosse, C.J., concurred in by Forrest and Kennedy, JJ.